UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEBORAH B BRUNO, formerly known as Deborah B. Stephens, )
)
)
Plaintiff, )
)
v. ) Case No.: CV-08-J-1156-S
)
ARROW FINANCIAL SERVICES, LLC, a corporation, et al., )
)
)
Defendant. )

## STIPULATION FOR DISMISSAL

COMES NOW the plaintiff and gives notice of its dismissal of this action with prejudice, with costs taxed as paid. The parties settled the litigation and as a part of the settlement the plaintiff agrees to the dismissal of this action.

WHEREFORE, PREMISES CONSIDERED, the plaintiff prays for an Order consistent with the grounds of this motion.

_____
John G. Watts

OF COUNSEL:

Watts Law Group, P.C.
700 29th Street South
Suite 201
Birmingham, Alabama 35233

_____
M. Stan Herring

OF COUNSEL:

M. Stan Herring
201 Avon Place
700 29th Street South
Birmingham, AL 35233